IN UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR 09-00241-001-F |
| | ) | |
| JERRY DALE CASH, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISCLOSURE OF PRESENTENCE REPORT**

April 28, 2010, is deemed to be the date of disclosure of the presentence report pertaining to the above-styled case, as required by Rule 32.

May 12, 2010, is the final date for submission of written objections.

_____
Sean Bernhard
U.S. Probation Officer