Page 1 of 2

**Jerry Cash**

| | |
|---|---|
| From: | Jerry Cash |
| Sent: | Thursday, June 12, 2008 5:23 AM |
| To: | David Grose; Lou Holman; Richard Muncrief; David Lawler |
| Subject: | FW: Seminars in Oklahoma City & Wichita - Best Practices for Internal Control and SOX Compliance |
| Follow Up Flag: | Follow up |
| Flag Status: | Red |

Do you guys want to send anyone?

**From:** John Blackshire [mailto:jblackshire@earthlink.net]
**Sent:** Wednesday, June 11, 2008 10:05 PM
**To:** Jerry Cash
**Subject:** Seminars in Oklahoma City & Wichita - Best Practices for Internal Control and SOX Compliance

Dear Colleague:

Attached is information about our upcoming "Internal Control" seminar in Oklahoma City, Wichita KS and Minneapolis. Internal controls are required whether your company is public or private. Learn how to implement them and assess their effectiveness.

Please sign up for the seminar, and forward this e-mail to your employees, clients and business partners. Visit us at www.compliance-seminars.com for our seminars across the US, or call me for more information. Thank you for your consideration.

David S. Marshall, MBA, CISA, CFE, CFS
Infotech Global
*Control. Comply. Communicate.*



CPE Seminars - Oklahoma City July 14 - Wichita July 23 - Minneapolis July 8 & 9

**Focus on Entity-Level Controls to Leverage Compliance**

Our Public Clients Spend Less on SOX Compliance



**Best Practices / SOX Compliance**
- Upcoming Seminars
- Benefits
- Highlights
- Objectives
- Agenda Issues

**Leveraging Compliance Workshop**
- Upcoming Seminars
- Benefits
- Highlights
- Objectives
- Agenda Issues

**OMB Circular A-123 and SOX**
- Upcoming Seminars
- Benefits
- Highlights
- Objectives
- Agenda Issues

# Best Practices - Internal Control and SOX Compliance

Oklahoma City July 14 - Wichita KS July 23

Learn the best practices for Internal Control over Financial Reporting, including streamlined SOX compliance and the latest guidance from the SEC, PCAOB and COSO.

This timely, one-day seminar (8 hours of CPE) is designed for External Auditors, C-level Executives, CFO's, Controllers, Finance Managers, Attorneys, IT Professionals and Internal Auditors. You will learn the risk-based, top down approach to assessing internal controls, including the COSO Framework, Enterprise Risk Management, Auditing Standard 5, COBIT, and Key Controls Identification, testing and documentation.

Implement internal control and comply with the Sarbanes-Oxley Act without breaking your budget. Whether you are public of private: Improve your Business by Improving your Internal Controls!Signup for this seminar at $450 per attendee - Space is Limited.

**ATTENDEE INFO**

**SIGN-UP NOW!**

Click Here

**Custom Seminars**

We can provide custom seminars at your company's location. Contact us for details.

**Testimonials**

The instructors' energy and enthusiasm really came through.- View All


EXHIBIT 1

3/9/2009

**The Instructors**
- John Blackshire
- David Marshall

**Business Partners**
- Infotech Global
- Accountware Group

# Leveraging Compliance under SEC Management Guidance

**Resources**

Click to view top businesses offering compliance resources.

Minneapolis Workshop on July 8 & 9

This workshop will provide the attendee with specific templates and guidance to streamline the SOX Section 404 documentation and testing. You will learn the top down, risk based approach to Internal Control over Financial Reporting suggested by the SEC and how to document your internal controls for your External Auditor. Compliance with Auditing Standard 5 will be reviewed for the public accountants.

This workshop provides prescriptive compliance examples.

This timely, two-day workshop (16 hours of CPE) is designed for External Auditors, Compliance Managers, Controllers, CFO's, Internal Auditors and others who have to create the documentation to allow for the company to comply with the SEC Management Guidance and Auditing Standard 5. We will discuss how companies of any size can create and maintain Internal Controls over Financial Reporting without breaking their budget.

Our consulting clients are spending significantly less that the public firms reported in a recent study which was published in January 2008. These sessions will cover the key dynamics of our approach. Signup for the Workshop in Minneapolis for $1,250 per attendee. Space is limited.

We are registered with and adhere to the Statement on Standards for Continuing Professional Education programs of the National Registry of CPE Sponsors. Our registration number is 106993. Please check with the governing body of your license and state for specific CPE requirements. Grievances may be forwarded to the company principals, David S. Marshall (708-205-2366; davo.marshall@sbcglobal.net) and/or John Blackshire (479-200-4373; jblackshire@earthlink.net). Grievances may also be forwarded to the National Registry of CPE Sponsors-NASBA, 150 Fourth Avenue North, Suite 700, Nashville, TN 37219-2417, 615-880-4200, www.nasba.org, e-mail cpe@nasba.org.

3/9/2009