# MARILYN TORBETT CO.

## REAL ESTATE INVESTMENTS

March 31, 2010

Honorable Stephen P Friot, United States District Judge
U S District Court, Western District of Oklahoma
3102 U S Courthouse
200 NW 4th Street
Oklahoma City, Oklahoma 73102

Dear Judge Friot:

I am a Realtor in Oklahoma City and work with Marilyn Torbett & Associates Realty Company in Nichols Hills. In the spring of 2008, Jerry and Sherry Cash requested that I place their home located at 7401 Nichols Road, Nichols Hills, Oklahoma on the market.

In the spring and summer of 2008, I showed the Cash home to Mims Talton, Brad Haines, David Singer and Kevin Durant's mother and his agent. We were hoping to sell the Cash home for approximately $10M. Unfortunately, we were unable to secure a buyer despite my efforts and those of the Cash's.

Should the Court have any questions with respect to the content of this letter, I would be happy to try to answer them or provide any other information that may be of assistance to the Court.

Sincerely,

Kent Potter

**EXHIBIT 2**

6440 Avondale Drive• Suite 200 • Oklahoma City, OK 73116
(405) 843-7677 • FAX (405) 843-8336
www.marilyntorbett.net • marilyntorbett@email.com