# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR-09-191-F |
| | ) | |
| DAVID GROSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR-09-241-F |
| | ) | |
| JERRY DALE CASH, | ) | |
| | ) | |
| Defendant. | ) | |

## REVISED SCHEDULING ORDER

A scheduling conference was held in these cases on September 29, 2010. The schedule for sentencing proceedings in these cases will be revised as set forth below.

The schedule set forth in the minutes for the August 18, 2010 scheduling conference (doc. no. 60 in case CR-09-191 and doc. no. 51 in case CR-09-241) is **VACATED** to the extent that new dates are established in this order**.**

A pretrial conference with counsel in both cases shall be held on October 15, 2010 at 2:00 p.m., in chambers.

On October 20, 21 and 22, 2010, the court will hear the evidence and arguments to be presented on behalf of all parties in both cases with respect to the sentencing-related issues which are common to both cases, except that the court will hear the expert testimony of Dr. Scott Linn and Mr. Bruce Deal on October 25, 2010.  At the October 20, 21 and 22

proceedings, the court will also hear the government's and Mr. Grose's evidence and arguments with respect to the separate issues relating to Mr. Grose.

On October 25, 2010, as previously scheduled, the court will also hear the government's and Mr. Cash's evidence and arguments with respect to the separate issues relating to Mr. Cash.

The proceedings previously scheduled for October 28, 2010 are **STRICKEN**.

All proceedings contemplated by this order, except the proceedings on October 15 and November 12, 2010, shall begin at 9:00 a.m.

As previously scheduled, the final sentencing proceedings (the court's findings of fact and conclusions of law with respect to the advisory guideline calculations and other contested matters, final comments by counsel, and allocution and imposition of sentence) shall take place at 9:30 a.m. on November 12, 2010 as to Mr. Cash and at 1:30 p.m. on that day with respect to Mr. Grose. Counsel should bear in mind that the only matters to be heard by the court on November 12 (the final sentencing proceedings) will be the final statements of counsel and allocution by the defendants. In particular, all testimony (as distinguished from allocution) and matters relevant to guidelines determinations will be presented at the proceedings on October 20-22 and on October 25. The court reaffirms its intent to notify counsel as to its conclusions with respect to total offense level and criminal history category not later than November 10, 2010.

The deadlines for sentencing-related filings, as set forth in the August 18, 2010 minute sheets in these cases, are unchanged.

Dated September 29, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0191p014.wpd