**COURTROOM MINUTE SHEET**

DATE      10-15-10

Criminal No. CR-09-191-F - USA v. David Grose
   -and-
Criminal No. CR-09-241-F - USA v. Jerry Dale Cash

COMMENCED    2:00        ENDED    2:50        TOTAL TIME    50 min.

PROCEEDINGS        Final pretrial conference

JUDGE STEPHEN P. FRIOT        DEPUTY LORI GRAY        REPORTER _____

PLF COUNSEL        Jeb Boatman

DFT GROSE'S COUNSEL  Mack Martin

DFT CASH'S COUNSEL   Dan Webber

With leave of court, the defendants do not appear.

Defendant Cash's Motion for Continuance of Sentencing Evidentiary Hearings (doc. no. 70 in CR-09-241) is **GRANTED IN PART**.  The court strikes the hearing set on October 20, 2010, with the possible exception of hearing testimony from Jay Rateau if the parties cannot otherwise agree on how to present information from Mr. Rateau.  If the hearing on October 20 is necessary, it will begin at 10:30 AM.

The sentencing hearing remains set on October 21 and 22, 2010, beginning at 9:00 AM each day, for the purpose of hearing common issues other than loss amount, plus any separate issues as to David Grose.  The parties' sentencing filings will suffice in lieu of opening statements.

The sentencing hearing remains set on October 25, 2010, at 9:00 AM, for the purpose of hearing loss issues in both cases with the testimony of Dr. Scott Linn and Mr. Bruce Deal, plus any separate issues as to Jerry Dale Cash.

On October 29, 2010, at 10:30 AM, the court will hear anything remaining that needs to be heard on any issue in either case.

The November 12, 2010 hearings remain as previously set.