IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-09-241-F |
| ) | |
| JERRY DALE CASH, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR DEFENDANT JERRY DALE CASH**

Ryan Whaley Coldiron Shandy PLLC ("Ryan Whaley"), pursuant to LCrR 57.2 and LCvR 83.5, hereby respectfully moves this Court to withdraw as counsel of record for Defendant, Jerry Dale Cash. In support of this motion, Ryan Whaley would show the Court as follows:

1. The following members of Ryan Whaley have entered an appearance in this matter for Defendant: Patrick M. Ryan, Daniel G. Webber, Jr. and Matthew C. Kane.

2. Ryan Whaley was engaged to be Defendant's counsel in this matter through sentencing. Ryan Whaley was subsequently engaged to represent Defendant regarding garnishment efforts by the United States.

3. The subsequent engagement resulted in the entrance of the Agreed Garnishment Order (Doc. 92) on August 17, 2011. As such, the goal of the subsequent engagement has been met.

4. The Agreed Final Judgment regarding Defendant in the matter of *Securities and Exchange Commission vs. Jerry D. Cash and David E. Grose*, Case No. CIV-09-639-

1

L, U.S. District Court for the Western District of Oklahoma was entered on December 12, 2011.

5. Defendant has been consulted and has no objection to this motion.

6. Defendant is presently incarcerated and the United States can achieve service upon him or otherwise communicate with him through the U.S. Bureau of Prisons.

7. Counsel for the United States has been consulted and has no objection to this matter.

WHEREFORE, Patrick M. Ryan, Daniel G. Webber, Jr. and Matthew C. Kane of Ryan Whaley Coldiron Shandy PLLC respectfully request to withdraw as counsel of record for Defendant Jerry Dale Cash.

> s/Daniel G. Webber, Jr.
> PATRICK M. RYAN, OBA#7864
> DANIEL G. WEBBER, JR., OBA#16332
> MATTHEW C. KANE, OBA#19502
> RYAN WHALEY COLDIRON SHANDY PLLC
> 900 Robinson Renaissance
> 119 North Robinson
> Oklahoma City, OK  73102
> dwebber@ryanwhaley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2011, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Sanford C. Coats - Sandy.Coats@usdoj.gov
Kay D Sewell - kay.sewell@usdoj.gov

s/Daniel G. Webber, Jr.
DANIEL G. WEBBER, JR.