IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-09-241-F |
| | ) | |
| JERRY DALE CASH, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as attorney of record for the Defendant, Jerry Dale Cash, in the above-styled cause.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully submitted,

/s/ *Laura K. Deskin*
LAURA K. DESKIN, OBA #30371
Laura K. Deskin, PLLC
101 Park Avenue, Suite 300
Oklahoma City, Oklahoma 73102
Telephone: (405) 604-2800
Facsimile: (405) 642-3461
E-mail: ldeskin@lauradeskinlaw.com

CERTIFICATE OF SERVICE

       I hereby certify that I delivered a true, full, and correct copy of the above and foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to Assistant United States Attorneys Kay D. Sewell and Sanford C. Coats.

                                         */s/ Laura K. Deskin*
                                         LAURA K. DESKIN