# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JERRY DALE CASH,<br>    Defendant.<br><br>and<br><br>OKLAHOMA STATE TREASURER<br>UNCLAIMED PROPERTY,<br>and its successors or assigns,<br>    Garnishee. | )<br>)<br>)<br>)  Case No. CR-09-241-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR POST-JUDGMENT
## WRIT OF GARNISHMENT

Plaintiff, United States of America, hereby requests the Court pursuant to 28 U.S.C. § 3205 to issue a Writ of Garnishment directed to: **Oklahoma State Treasurer Unclaimed Property.**

Based on information and belief, the United States believes that the Garnishee has possession, custody or control of property in which Defendant has a substantial nonexempt interest, **including an interest in unclaimed cash, rebates, paychecks, royalties, stocks and bonds, and/or other unclaimed monies**. The name and address of the Garnishee or its authorized agent is:

**Oklahoma State Treasurer
Unclaimed Property Division
9520 N. May Ave., LL
Oklahoma City, OK 73120**

In support of its Application, the United States would show the Court as follows:

| | |
|---|---|
| Defendant's Name: | Jerry Dale Cash |
| Last Known Address: | 740 Kingman<br>Santa Monica, CA  90402 |
| Date of Judgment: | November 12, 2010 |
| Nature of Judgment: | Criminal Judgment |
| Judgment Amount: | $5,000,100.00 |
| Current Principal: | $4,833,085.40 |
| Amount of Post-Judgment Interest Accrued to Date: | $0.00 |
| Total Amount Still Owing: | $4,833,085.40 |

More than 30 days prior to this Application, the United States made demand on Defendant for the total amount still owing.  Despite this demand, Defendant has not paid the amount still owing.

Dated this 17th day of August, 2023.

       Respectfully submitted,

       ROBERT J. TROESTER
       United States Attorney

       *s/ Kay Sewell*
       KAY SEWELL OBA No. 10778
       Assistant United States Attorney
       210 Park Avenue, Suite 400
       Oklahoma City, OK 73102
       (405) 553-8700         FAX: (405) 553-8884
       E-mail:  Kay.Sewell@usdoj.gov